CLARENCE M. SMITH, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued April 12, 1893; decided April 25, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 2, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*Jacob F. Miller* and *Everett J. Esselstyn* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.